IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CARMEN MAE BRADY                          :
                                          :
        v.                                :        CIVIL NO. CCB-05-3208
                                          :
E. TROY YEAGER                            :
                              ...o0o...

## MEMORANDUM

By letters dated March 1 and March 23, 2006, the government has advised the court that

the "Peace Order" obtained by Carmen Brady in Maryland State court against federal agent E.

Troy Yeager has been stricken, and Ms. Brady has instead been arrested on related state charges.

Ms. Brady has not responded to either letter.

It appears there is no further case or controversy between Ms. Brady and Agent Yeager

which is within the jurisdiction of this court.  Accordingly, the case will be dismissed by separate

Order.


 March 30, 2006                        _____/s/_____
        Date                                    Catherine C. Blake
                                                United States District Judge